====================================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_NORTHERN_  DISTRICT OF  _NEW YORK_

JUDGMENT IN A CIVIL CASE

DOCKET NO.   3:06-cv-472 LEK/DRH

**MARIA D. FORESTIER**

          **Plaintiff,**

          v.

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**

          **Defendant.**

_____  JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__  DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Commissioner is REVERSED and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter, be and hereby is DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89(1991). Signed by USMJ David R. Homer on 1/17/07.

DATE:  **January 17, 2007**

_(signature)_
Clerk of Court

By:      s/Britney Norton
        DEPUTY CLERK